Ida Silberman, Appellant, v. Louis Scher, Respondent. (Appeal No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion for

stay pending appeal granted, upon plaintiff's furnishing security, duly approved by a justice of the Supreme Court, for the payment of the fund on deposit to the defendant on affirmance. (See *Silberman* v. *Scher*, *No. 2*, *ante*, p. 190, decided herewith.) No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.